UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| CASSANDRA L. PERKINS, | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| v. | ) | Civil Action No. 25-2041 (UNA) |
| | ) | |
| GEORGIA DEPARTMENT OF LABOR, | ) | |
| | ) | |
| Respondent. | ) | |

**MEMORANDUM OPINION**

This matter is before the Court on Cassandra Perkins' application to proceed *in forma pauperis* (ECF No. 2) and her *pro se* petition for a writ of mandamus (ECF No. 1). The Court GRANTS the application and, for the reasons discussed below, DENIES the petition.

Ms. Perkins, a Georgia resident, alleges that she is eligible for unemployment compensation, *see* Pet. at 2, yet there have been "several delays in processing and only two payments [have been] released" so far, *id*. at 1. She requests a "writ of mandamus compelling the Georgia Department of Labor to perform [its] duty [to] release . . . unemployment benefits" to her. *Id*. This the Court cannot do.

A writ of mandamus "compel[s] an officer or employee *of the United States* or any agency thereof to perform a duty owed to the plaintiff." 28 U.S.C. § 1361 (emphasis added). "[B]y by its plain language, [28 U.S.C. § 1361] does not permit this Court to compel action by state officials or private entities." *Zernik v. U.S. Dep't of Justice*, 630 F. Supp. 2d 24, 27 (D.D.C. 2009); *see Trevino v. Texas Vital Stat.*, No. 11-cv-0976, 2011 WL 2066764, at *1 (D.D.C. May

1

26, 2011) ("The federal courts may compel federal officials to act under certain circumstances. *See* 28 U.S.C. § 1361. Such authority does not extend to state officials or agencies.").

      An Order accompanies this Memorandum Opinion.

                                                   /s/
                                           TIMOTHY J. KELLY
                                           United States District Judge

DATE: July 31, 2025